IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LILLIAN WALTERS KAISER,<br><br>　　　　Plaintiff,<br>v.<br><br>IMPERIAL OIL OF NORTH DAKOTA, INC.; AND WILLIAM D. WALTERS, JR., individually and as President of Imperial Oil of North Dakota, Inc. and as Co-Trustee of the Lillian Y. Walters Revocable Trust,<br><br>　　　　Defendants. | CV 23-59-BLG-SPW<br><br>**ORDER** |

　　　　It has come to the Court's attention that a Status Conference was previously set for **Wednesday, July 19, 2023 at 1:30 p.m**. Therefore,

　　　　**IT IS HEREBY ORDERED** that the telephonic status conference set for Tuesday, August 1, 2023 at 9:30 a.m. is **VACATED.**

　　　　The clerk is directed to notify counsel of the entry of this Order.

　　　　DATED this 14th day of July, 2023.

　　　　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　United States District Judge

1