IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LILLIAN WALTERS KAISER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>IMPERIAL OIL OF NORTH DAKOTA, INC. and WILLIAM D. WALTERS, JR., individually and as President of Imperial Oil of North Dakota, Inc., and as Co-Trustee of the Lillian Y. Walters Revocable Trust<br><br>　　　　　　Defendants. | CV 23-59-BLG-SPW<br><br>ORDER |

Defendant Imperial Oil of North Dakota, Inc. ("Imperial Oil") submitted a status report regarding the Special Litigation Committee ("SLC") investigation pursuant to this Court's Order. (Doc. 193). According to Imperial Oil, the SLC still needs to review depositions taken on December 9, 2024, and has another scheduled deposition for February 4, 2024. (*Id.* at 3). Imperial Oil requests that this Court allow the SLC to continue its investigation and file a status report by March 31, 2025. (*Id.* At 4).

Plaintiff Lillian Walters Kaiser ("Kaiser") submitted a response to Imperial Oil's status update. (Doc. 194). Kaiser argues that extending the deadline until

1

March 31, 2025, would jeopardize the current trial setting of May 12, 2025, and the delay would not allow Kaiser to address the derivative claim before trial. (*Id.* at 2). Further, the SLC doesn't have to review every deposition transcript, including all the expert witnesses in this case. (*Id.*). Kaiser requests the Court to require the SLC to advise the Court of its opinion by January 15, 2025.

This Court agrees that an extension until March 31, 2025, is excessive given that the trial is scheduled for May 12, 2025. The SLC has had ample time to conduct an investigation and come to a conclusion. This Court will permit Imperial Oil to complete its final deposition scheduled for February 4, 2025, and will set a deadline of February 14, 2025, for the SLC to complete its investigation and determine if Imperial Oil will pursue a derivative claim.

It is hereby ORDERED that Kaiser Oil will have until February 14, 2025, to submit a status update with the SLC's conclusions.

DATED this 10th day of January, 2025.

_____
SUSAN P. WATTERS
United States District Judge

2